UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FARMERS NEW WORLD LIFE INSURANCE COMPANY,<br><br>Plaintiff<br><br>v.<br><br>BRITTANY HARRIS, et al.,<br><br>Defendants | Case No.: 2:25-cv-01264-APG-NJK<br><br>**Order Striking Certificate of Interested Parties** |

I ORDER that plaintiff Farmers New World Life Insurance Company's certificate of interested parties (ECF No. 2) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the plaintiff's citizenship as required by that rule.

I FURTHER ORDER the plaintiff to file a proper certificate of interested parties by July 31, 2025.

DATED this 17th day of July, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE