UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| FARMERS NEW WORLD LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>BRITTANY HARRIS,<br><br>BELLA HARRIS,<br><br>BEBE HARRIS<br><br>And<br><br>BRIAN HARRIS<br><br>    Defendants. | Case No.  2:25-cv-01264<br><br>ORDER ON MOTION TO DEPOSIT INTERPLEADER FUNDS |

This is an action to determine the proper beneficiary of the death benefit payable under Farmers New World Life Insurance Company Policy No. 002310683U issued on the life of Christopher Brian Harris (the "Policy"). Plaintiff Farmers New World Life Insurance Company ("FNWL") filed an Interpleader Complaint against Brittany Harris, Bella Harris, Bebe Harris and Brian Harris.

FNWL has filed a Motion to Deposit Funds with the Clerk of the United States District Court, District of Nevada. The sum to be deposited with this Court is **$250,000 plus accrued interest**. This sum represents the portion of the policy benefit payable under Farmers New World Life Insurance Company Policy No. 002310683U following the death of Christopher Brian Harris that remains in dispute.

WHEREFORE, good cause appearing, the Court hereby **ORDERS** as follows:

1. FNWL is authorized to deposit the sum of **$250,000, plus accrued interest**, with the Clerk of the United States District Court, District of Nevada.

|   |   |
|---|---|
| 1 | 2.   The Clerk of the Court shall deposit the sum of **$250,000, plus accrued interest**, |
| 2 | into an interest-bearing account until such time as the Court makes its order |
| 3 | directing disbursement and distribution of these funds. |

IT IS SO ORDERED:

_____
Nancy J. Koppe
United States Magistrate Judge

DATE: July 28, 2025 _____