# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FARMERS NEW WORLD LIFE INSURANCE COMPANY,<br><br>　　　　Plaintiff<br><br>v.<br><br>BRITTANY HARRIS, et al.,<br><br>　　　　Defendants | Case No.: 2:25-cv-01264-APG-NJK<br><br>**Order Striking Certificate of Interested Parties** |

I ORDER that defendants Bella Harris, Bebe Harris, and Brian Harris's certificate of interested parties (ECF No. 18) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the citizenship of each defendant as required by that rule

I FURTHER ORDER these parties to file a proper certificate of interested parties by October 17, 2025.

DATED this 3rd day of October, 2025.

　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE