# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FARMERS NEW WORLD LIFE INSURANCE CO., | Case No. 2:25-cv-01264-APG-NJK |
| Plaintiff, | **Order** |
| v. | |
| BRITTANY HARRIS, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's motion for scheduling conference pursuant to Local Rule 22-1, Docket No. 20, which is **GRANTED**. An in-person scheduling conference is **SET** for 10:00 a.m. on October 27, 2025.

IT IS SO ORDERED.

Dated: October 6, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1