# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FARMERS NEW WORLD LIFE INSURANCE COMPANY,<br><br>  Plaintiff<br><br>v.<br><br>BRITTANY HARRIS, et al.,<br><br>  Defendants | Case No.: 2:25-cv-01264-APG-NJK<br><br>**Order for Certificate of Interested Parties** |

I previously struck the certificate of interested parties filed by defendants Bella Harris, Bebe Harris, and Brian Harris for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). ECF No. 22. I ordered these parties to file a corrected certificate by October 17. *Id.* They did not do so.

I THEREFORE ORDER these parties to file a proper certificate of interested parties by October 31, 2025. The failure to do so may result in sanctions against the defendants and counsel, including monetary sanctions and dismissal of defenses and counterclaims.

DATED this 20th day of October, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE