**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FARMERS NEW WORLD LIFE INSURANCE COMPANY,<br><br>　　　　Plaintiff<br><br>v.<br><br>BRITTANY HARRIS, et al.,<br><br>　　　　Defendants | Case No.: 2:25-cv-01264-APG-NJK<br><br>**Order for Certificate of Interested Parties** |

　　　　I ORDER that defendant Brittany Harris's Certificate of Interested Parties (ECF No. 32) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2).  The certificate does not identify the defendant's citizenship as required by that rule.

　　　　I FURTHER ORDER defendant Brittany Harris to file a proper certificate of interested parties by December 15, 2025.

　　　　DATED this 1st day of December, 2025.

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE