# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

FARMERS NEW WORLD LIFE
INSURANCE COMPANY,

    Plaintiff

v.

BRITTANY HARRIS, et al.,

    Defendants

Case No.: 2:25-cv-01264-APG-NJK

**Order Granting Motion to Discharge
Plaintiff**

[ECF No. 36]

Defendants Brian, Bella, and Bebe Harris move to discharge Farmers New World Life Insurance Company from this case. ECF No. 36.  Neither defendant Brittany Harris nor Farmers objects to the motion. *Id.* at 3; ECF No. 37.

I THEREFORE ORDER as follow:

1. Farmers New World Life Insurance Company is discharged from all liability to the defendants in this case and to any person, firm, estate, corporation, or entity on account of or in any way related to Farmers' life insurance policy number 002310683U insuring the life of Christopher Brian Harris, or related to the handling or processing of any claims made under that policy.

2. The defendants in this case, and each of their respective attorneys, representatives, successors, assigns, and heirs, are permanently enjoined from instituting or prosecuting against Farmers any separate proceeding in any state or federal court relating to Farmers' life insurance policy number 002310683U insuring the life of Christopher Brian Harris or related to the handling or processing of any claims made under that policy. 28 U.S.C. § 2361.

3.  Plaintiff Farmers New World Life Insurance Company is hereby dismissed with prejudice from this action.  Defendants Brittany Harris, Brian Harris, Bella Harris, and Bebe Harris remain parties to this action to resolve their competing claims to the death benefit payable under the subject policy.

DATED this 3rd day of February, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2