**IN THE UNITED STATE DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FARMERS NEW WORLD LIFE INSURANCE,<br><br>Plaintiff,<br><br>vs.<br><br>BRITTANY HARRIS; BELLA HARRIS; BEBE HARRIS; and BRIAN HARRIS,<br><br>Defendants. | Case No.: 2:25-cv-01264 APG-NJK<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINES ON MOTION TO EXTEND DISCOVERY DEADLINES**<br><br>**(FIRST REQUEST)** |
| BRIAN HARRIS, BELLA HARRIS, BEBE HARRIS,<br><br>Cross-Plaintiffs.<br><br>vs.<br><br>BRITTANY HARRIS,<br><br>Cross-Defendant. | |

Brittany Harris, by and through her counsel of record at Lee Kiefer & Park, LLP, and Defendants Bella Harris, Bebe Harris, and Brian Harris, by and through their counsel of record Lisa A. Rasmussen, Esq. of McLetchie Law, pursuant to LR IA 6-1, hereby stipulate and agree as follows:

1.      On April 21, 2026, Defendants Bella Harris, Bebe Harris, and Brian Harris filed their Motion to Extend Discovery Deadlines (ECF No. 42) ("Discovery Motion"). This is the first requested extension of the briefing deadline on the Discovery Motion.

1

2.    Counsel for Defendant Brittany Harris is preparing for an evidentiary hearing in another matter in the Eighth Judicial District Court of Nevada, *In the Matter of the Donald W. and Marion Y. Land Revocable Living Trust*, Case No. P-25-124256-T which begins on May 4, 2026 and requires additional time to prepare a complete and fulsome response.

3.    Counsel for the parties have conferred and agree that the proposed schedule is workable and will not prejudice any party.

4.    The extensions are sought in good faith and not for purposes of delay.

A. Schedule

The parties stipulate and agree as follows:

5.    The deadline to file a Response to the Motion to Extend Discovery Deadlines is extended to May 12, 2026. This is the parties' first request for an extension of this deadline, and such request is not meant for the purpose of causing undue delay.

Any reply must be filed no later than May 15, 2026.

IT IS SO ORDERED

Dated: May 4, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

2