# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

FARMERS NEW WORLD LIFE
INSURANCE COMPANY,

    Plaintiff,

v.

BRITTANY HARRIS, et al.,

    Defendants.

Case No. 2:25-cv-01264-APG-NJK

**Order**

[Docket No. 43]

    Pending before the Court is a stipulation to extend deadlines on the motion to disqualify. Docket No. 43.

    In the instant stipulation, the parties state that a hearing on the motion is set for May 20, 2026. *Id.* at 1-2. However, the Court has not set a hearing on that motion, *see* Docket; therefore, the Court declines to consider the non-existent hearing as part of the good cause analysis.

    Nonetheless, the Court finds that good cause exists to extend the responsive deadline. Accordingly, the Court **GRANTS** the stipulation and **EXTENDS** the deadline for Defendant Brittany Harris to file a response to the motion to disqualify counsel to May 11, 2026. Docket No. 43. Any reply must be filed no later than May 14, 2026.

    IT IS SO ORDERED.

    Dated: May 4, 2026.

_____
Nancy J. Koppe
United States Magistrate Judge

1