# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

FARMERS NEW WORLD LIFE
INSURANCE COMPANY,

    Plaintiff,

v.

BRITTANY HARRIS, et al.,

    Defendants.

Case No. 2:25-cv-01264-APG-NJK

**Order**

[Docket Nos. 39, 53, 56]

Pending before the Court is Defendant Brittany Harris's motion to substitute counsel. Docket No. 56. Also pending before the Court is a motion to disqualify Lee Kiefer & Park, LLP from representing Defendant Brittany Harris, Docket No. 39, and a motion for leave to supplement the motion to disqualify, Docket No. 53. The motions are properly resolved without a hearing. *See* Local Rule 78-1.

The Court **GRANTS** the motion to substitute counsel. Docket No. 56. Accordingly, the Court **DENIES** the motion to disqualify and motion for leave to supplement as moot. Docket Nos. 39, 53. The Court **ORDERS** Defendant Brittany Harris's newly substituted counsel to either file a response to the pending motion to extend time at Docket No. 42 or a notice that they agree with the response filed by prior counsel (Docket No. 48) no later than June 17, 2026.

IT IS SO ORDERED.

Dated: June 12, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1