# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

FARMERS NEW WORLD LIFE
INSURANCE COMPANY,

    Plaintiff,

v.

BRITTANY HARRIS, et al.,

    Defendants.

Case No. 2:25-cv-01264-APG-NJK

**Order**

[Docket No. 42]

Pending before the Court is a motion to extend case management deadlines by 60 days filed by Defendants Brian, Bella, and Bebe Harris. Docket No. 42. The Court **SETS** the motion for a hearing at 10:00 a.m. on June 23, 2026, in Courtroom 3A.

IT IS SO ORDERED.

Dated: June 18, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1