**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

FARMERS NEW WORLD LIFE INSURANCE COMPANY,

Plaintiff

v.

BRITTANY HARRIS, et al.,

Defendants

Case No.: 2:25-cv-01264-APG-NJK

**Order**

The parties have submitted a stipulation and proposed order to disburse the interpleaded funds. ECF No. 73. The stipulation purports to resolve all pending claims, including the attorney's lien asserted by Margaret A. McLetchie. ECF No. 72. However, the stipulation is not signed by Ms. McLetchie, so it is unclear whether she agrees with the proposed resolution.

I THEREFORE ORDER Ms. McLetchie to file an objection to the stipulation by September 28, 2026. The failure to file an objection by that date will constitute consent to the stipulation and order. To speed up resolution and payment, Ms. McLetchie may file a notice of non-opposition to the stipulation sooner.

DATED this 18th day of September, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE