Ogonna M. Brown, Esq.
Nevada Bar No. 7589
Zaydee R. Stemmons, Esq.
Nevada Bar No. 16991
Womble Bond Dickinson (US) LLP
8488 Rozita Lee Avenue, Suite 400
Las Vegas, Nevada 89113
Tel: (702) 949-8200
Fax: (702) 949-8398
Ogonna.Brown@wbd-us.com;
Zaydee.Stemmons@wbd-us.com

*Attorneys for Defendant/Cross-Defendant Brittany Harris*

8488 Rozita Lee Avenue, Suite 400
Las Vegas, NV 89113
WOMBLE BOND DICKINSON

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

FARMERS NEW WORLD LIFE INSURANCE COMPANY,

Plaintiff,

v.

BRITTANY HARRIS; BELLA HARRIS; BEBEA HARRIS; and BRIAN HARRIS,

Defendants.

---

BRIAN HARRIS, BELLA HARRIS, and BEBE HARRIS,

Cross-Plaintiffs,

v.

BRITTANY HARRIS,

Cross-Defendant.

Case No. 2:25-cv-01264-APG-NJK

**STIPULATION AND ORDER REGARDING DISBURSEMENT OF INTERPLEADED FUNDS**

Defendant/Cross-Defendant Brittany Harris ("Defendant/Cross-Defendant") and Cross-Plaintiffs Brian, Bella & Bebe Harris ("Cross-Plaintiffs") (together, the "Parties") , by and through their respective counsel, stipulate as follows:

1. The Parties have reached a settlement resolving all claims concerning the interpleaded funds in this action and related claims identified in their September 9, 2026, Memorandum of Understanding.

2. Subject to Paragraph 5 below, Defendant/Cross-Defendant shall be paid $205,000.00 via payment to the law firm of Womble Bond Dickinson (US) LLP IOLTA Trust Account from the interpleaded funds as full and final settlement and release of any and all claims, past, present, and future, including attorneys' fees and costs in this action, Nevada Supreme Court Appeal Case No. 92944, and Probate Case No. P1-24-23170-E.

3. McLetchie Law Group shall be paid $23,879.00 to satisfy its attorneys' lien in this matter for work performed on behalf of Cross-Plaintiffs.

4. Subject to Paragraph 5 below, after payment to Defendant/Cross-Defendant and McLetchie Law Group, all funds remaining in the Court Registry shall be distributed to Brian Harris, Bella Harris, and Bebe Harris via payment to the Law Office of Lisa Rasmussen IOLTA Trust Account.

5. The interpleading party has advised, through its counsel, that it does not intend to seek fees or costs related to this matter. However, should the interpleading party seek any fees or costs in this matter, any amount awarded shall be allocated in equal parts: one-half shall reduce Defendant/Cross-Defendant's $205,000.00 payment, and one-half shall reduce the funds otherwise payable collectively to Cross-Plaintiffs. The Parties will work together to address any such application.

6. Except for any attorneys' fees awarded to the interpleading party from the interpleaded funds, each party shall bear his or her own attorneys' fees and costs in each of the matters identified above.

7. The Parties therefore request that the Court direct the Clerk of Court to disburse the funds presently held in the Court Registry in accordance with the foregoing terms after receipt of all payee and tax-identification materials required by the Clerk.

8488 Rozita Lee Avenue, Suite 400
Las Vegas, NV 89113
WOMBLE BOND DICKINSON

DATED this 16th day of September, 2026.

LISA RASMUSSEN LAW

*/s/ Lisa Rasmussen*
Lisa Rasmussen, Esq.
Nevada Bar No. 7491
1980 Festival Plaza Drive, Suite 300
Las Vegas, NV 89135
(702) 327-7631
lisa@lrasmussenlaw.com

*Attorneys for Brian, Bella & Bebe Harris*

DATED this 16th day of September, 2026.

WOMBLE BOND DICKINSON (US) LLP

*/s/ Ogonna M. Brown*
Ogonna M. Brown, Esq.
Nevada Bar No. 7589
Zaydee R. Stemmons, Esq.
Nevada Bar No. 16991
8488 Rozita Lee Avenue, Suite 400
Las Vegas, Nevada 89113
Telephone: (702) 949-8200
Facsimile: (702) 949-8398
Ogonna.Brown@wbd-us.com
Zaydee.Stemmons@wbd-us.com

*Attorneys for Defendant/Cross-Defendant Brittany Harris*

**ORDER**

Upon the Parties' stipulation, and good cause appearing, the Clerk of Court is directed to disburse $205,000.00 to Defendant/Cross-Defendant , via payment to the law firm of Womble Bond Dickinson (US) LLP IOLTA Trust Account, from the funds on deposit in the Court Registry, less one-half of any attorneys' fees awarded to the interpleading party, through counsel or as otherwise directed in the required disbursement forms.

Upon the Parties stipulation, and good cause appearing, the Clerk of the Court is directed to disburse $23,879.00 to McLetchie Law Group from the funds on deposit in the Court Registry, or as otherwise directed in the required disbursement forms.

After the payment to Defendant/Cross-Defendant, and McLetchie Law Group, the Clerk of Court is directed to disburse all funds remaining in the Court Registry to Brian Harris, Bella Harris, and Bebe Harris, provided that one-half of any attorneys' fees awarded to the interpleading party shall be allocated against the funds otherwise payable collectively to Cross-Plaintiffs, via payment to the Law Office of Lisa Rasmussen IOLTA Trust Account, or as otherwise directed in the required disbursement forms.

8488 Rozita Lee Avenue, Suite 400
Las Vegas, NV 89113
WOMBLE BOND DICKINSON

Before disbursement, the recipients shall provide all information and forms required by the Clerk of Court. The Court retains jurisdiction to complete the disbursement and resolve any application concerning the interpleaded funds.

Once the Court has approved this Order, the non-discharged parties herein shall file the necessary documents for voluntary dismissal of this action within two business days.

**IT IS SO ORDERED.**

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED: September 23, 2026

8488 Rozita Lee Avenue, Suite 400
Las Vegas, NV 89113
WOMBLE BOND DICKINSON