**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

FARMERS NEW WORLD LIFE INSURANCE COMPANY,

Plaintiff

v.

BRITTANY HARRIS, et al.,

Defendants

Case No.: 2:25-cv-01264-APG-NJK

**Order for Disbursement of Interest**

My prior order for disbursement of proceeds (ECF No. 77) did not direct what to do with the interest that has accrued on the held funds. The parties stipulated that, after disbursement to the Womble Bond Dickinson and McLetchie Law Group firms, "all funds remaining in the Court Registry" are to be disbursed to Brian Harris, Bella Harris, and Bebe Harris, who are represented by the Law Office of Lisa Rasmussen. ECF No. 77 at 2. I read that to mean that interest goes to Brian, Bella, and Bebe Harris.

I THEREFORE ORDER that any interest that has accrued on funds deposited in the Court Registry in connection with this case is to be disbursed to the Law Office of Lisa Rasmussen.

DATED this 7th day of October, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE