**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

FARMERS NEW WORLD LIFE INSURANCE COMPANY,

Plaintiff

v.

BRITTANY HARRIS, et al.,

Defendants

Case No.: 2:25-cv-01264-APG-NJK

**Order**

I ORDER that by November 6, 2026, the parties must file either a stipulation of dismissal or a status report regarding what, if anything, remains of this case. The failure to file either document will result in dismissal of this case.

DATED this 23rd day of October, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE