LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 7491
LAW OFFICE OF LISA RASMUSSEN
1980 Festival Plaza Drive, Suite 300
Las Vegas, NV 89135
Tel. (702) 327-7631
Email: Lisa@lrasmussenlaw.com

ALICE S. DENTON, ESQ.
Nevada Bar No. 8420
JARIEN L. CHO, ESQ.
Nevada Bar no. 8401
PATRIC S. DENTON, ESQ.
Nevada Bar No. 15399
DENTON CHO
411 E. Bonneville Avenue, Suite 300
Las Vegas, NV 89101
Tel. (702) 384-1723
*Email: Filings@dentocho.com*

*Attorneys for Brian, Bella and Bebe Harris*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FARMER'S NEW WORLD LIFE INSURANCE,<br><br>Plaintiff,<br><br>vs.<br><br>BRITTANY HARRIS; BELLA HARRIS; BEBE HARRIS; and BRIAN HARRIS,<br><br>Defendants. | Case No. 2:25-cv-01264 APG-NJK<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; AND PROPOSED ORDER** |
| BRIAN HARRIS, BELLA HARRIS, BEBE HARRIS,<br><br>Cross Plaintiffs,<br><br>vs.<br><br>BRITTANY HARRIS,<br><br>Cross-Defendant. | |

COME NOW the parties, Defendants and Crossclaimants BRIAN HARRIS, BELLA HARRIS and BEBE HARRIS, by and through their counsel, Lisa A. Rasmussen, Esq., Alice S. Denton, and Jarien L. Cho, Esq.; and Defendant and Crossdefendant BRITTANY HARRIS, by and through her counsel, Ogonna M. Brown, Esq. and Zaydee R. Stemmons, Esq., and hereby stipulate as follows: [1]

1. That all matters pertaining to this case have been resolved.
2. That the parties request that this matter be dismissed with prejudice.
3. Each party to pay their own attorneys' fees and costs incurred herein.
4. That all deadlines, hearings and trial dates shall be vacated.

**Law Office of Lisa Rasmussen,**
*/s/ Lisa A. Rasmussen*
LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 7491

*Attorneys for Brian, Bella and Bebe Harris*

**Womble, Bond & Dickinson, LLP**

***/s/ Ogonna M. Brown***
OGONNA M. BROWN, ESQ.
Nevada Bar No. 7589

*Attorneys for Brittany Harris*

**ORDER**

Based upon the stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED that the Stipulation is approved in its entirety;

IT IS FURTHER ORDERED that this matter is dismissed with prejudice, each party to bear their own attorneys' fees and costs.

IT IS FURTHER ORDERED that all matters pertaining to this case have been resolved.

[1] Farmers New World, the Interpleading Plaintiff, has already been discharged from this action. ECF 38.

IT IS FURTHER ORDERED that all deadlines, hearings and trial dates are hereby VACATED.

Dated: November 6, 2026

The Honorable Andrew P. Gordon
United States District Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I served a copy of the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE; AND ORDER**

upon the following persons on this 5th day of November 2026, upon all persons participating in electronic service via CM/ECF in this matter.

/s/ *Lisa A. Rasmussen*

Lisa A. Rasmussen